390 A.2d 293

Commonwealth v. Johnson, Appellant.

Argued March 20, 1978. David C. Harrison, for appellant; Eric B. Henson, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.